In The
 Court of Appeals
 Seventh District of Texas at Amarillo

 ________________________

 No. 07-13-0031-CR
 ________________________
 
 BRYAN RAY ROE, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE
 

 
 On Appeal from the 52nd District Court
 Coryell County, Texas
 Trial Court No. FISC-12-21158, Honorable Trent D. Farrell, Presiding 

 
 March 4, 2013
 
 MEMORANDUM OPINION
 
 Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
 
 Pending before the court is the State's motion to dismiss the appeal. Dismissal is required because the conviction was the result of a plea bargain, the sentence fell within the range of punishment recommended under the agreement, and appellant waived his right to appeal as part of the bargain. Because the appellant, as represented by his legal counsel, does not oppose the motion, we grant it.
 The appeal is dismissed.
 Per Curiam
Do not publish.